

# NUMBER 13-26-00364-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF BROWNSVILLE, TEXAS,
ACTING BY AND THROUGH THE
BROWNSVILLE PUBLIC UTILITIES
BOARD, AS PURPORTED OWNER
OF CERTAIN EASEMENTS
ON MULTIPLE TRACTS OF
LAND ALL LOCATED IN CAMERON
COUNTY, TEXAS                                                    Appellant,

v.

BAYRUNNER PIPELINE, LLC,                                         Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF CAMERON COUNTY

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on appellant's unopposed motion to dismiss the appeal. After denial of injunctive relief by the trial court, appellant filed an accelerated interlocutory appeal. However, appellant also filed a petition for writ of injunction with this Court seeking the same relief as that requested in its interlocutory appeal. This Court denied appellant's petition for writ of injunction and as a result, the appeal is moot.

Having considered appellant's motion, we are of the opinion that the appeal shall be dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, the appellant's motion is granted, and the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
30th day of July, 2026.

2